ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 AUG 23 AM 8: 19

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIE J. LASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 304-016 |
| | ) | |
| TONYA KEMP, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion is **GRANTED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendants. Specifically, all of Plaintiff's claims, save the failure to provide specialized shoes is **DISMISSED** without prejudice, and Defendants are **GRANTED** summary judgment on the merits of Plaintiff's claim regarding specialized shoes.

SO ORDERED this 23rd day of August, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Willie J. Laster, Pro-se @ prison
Andrew M. Magruder, Esq.
Jesse W. Owen, Esq.

CASE NO:        CV304-016

DATE SERVED:  August 23, 2005

SERVED BY:     Cindy Reynolds *CR*

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate